# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 500 | **DATE** | 2/21/2006 |
| **CASE TITLE** | Margaret Hosty vs. Patricia Carter, et al. | | |

**DOCKET ENTRY TEXT**

Given the Supreme Court's denial of plaintiff's petition for a writ of certiorari, and the parties' representations to this Court at the last status that if the Supreme Court denied certiorari, the case was at its end, the Court respectfully closes the case for administrative purposes. See below.

*/s/ Mark Filip*

Docketing to mail notices.

■[ For further details see text below.]

## STATEMENT

This Court inherited this case almost two years ago upon taking the bench. At that time, most of the Plaintiffs' claims had been dismissed, but one claim was the subject of a pending *en banc* proceeding in the Seventh Circuit. In *Hosty, et al. v. Carter*, 412 F.3d 731 (7th Cir. 2005) (en banc), the Seventh Circuit ruled that summary judgment against the plaintiffs' was appropriate on the remaining claim.

At a subsequent status, Plaintiffs indicated that they would be filing a petition for a writ of certiorari, and further indicated that if that petition were denied, the proceedings in the case would be finished. The Court discussed with the parties that if the petition were denied the Court would close the case file so the parties (some of whom are students at a university some 25 miles outside of downtown Chicago) would not need to return to the Courthouse for a further formality. The parties endorsed this proposal. Accordingly, given the Supreme Court's denial of certiorari—*see Hosty, et al. v. Carter*, No. 05-377, ___ S.Ct. ___, 2006 WL 386382 (U.S. Feb. 21, 2006)—the Court respectfully closes the case.